UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IESHA MCNAIR,

                Plaintiff,

       v.

WEST 46TH STREET PARTNERS LLC, and TIPPFORD LLC,

                Defendants.

22-CV-9132 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 31, 2022, the Court ordered the parties to meet and confer within thirty (30) days, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the court-annexed mediation program or a magistrate judge, or (2) an initial status conference. *See* Dkt. 7. As of today's date, the parties have not filed a joint letter regarding the status of settlement or proposing mutually agreeable dates for an initial pretrial conference.

The parties shall submit their joint letter no later than January 20, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 6, 2023
             New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge