# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

January 18, 2023

<u>Via ECF</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York

      **Re:**   *Iesha McNair v. West 46th Street Partners LLC and Tippford LLC*

      **Docket No. 1:22-cv-09132 (RA) (JW)**

Dear Judge Abrams:

    We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order of January 6, 2023 (ECF Document #10), the parties hereby provide a joint letter.

    Counsel for the defendants appeared in this action on January 18, 2023. Accordingly, plaintiff is now able to provide a joint letter to the Court. The parties are interested in engaging in settlement discussions and therefore respectfully ask the Court to refer this case to the Southern District of New York's Mediation Program. In the event that the mediation is unsuccessful, the parties will thereafter advise the Court of such and ask for the Court to schedule an initial pretrial conference.

    Thank you for your time and attention to this matter. With kindest regards, I am

                                very truly yours,

                                /s/
                            Glen H. Parker, Esq.