USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IESHA MCNAIR,

                Plaintiff,

      v.

WEST 46TH STREET PARTNERS LLC,
and TIPPFORD LLC,

                Defendants.

No. 22-CV-9132 (RA)

MEDIATION REFERRAL ORDER

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated:      January 19, 2023
               New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge